IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DANA BAKER, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CIV-13-1152-W |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On December 5, 2014, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this case and recommended that the decision of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security ("Commissioner"), denying the Application for Disability Insurance Benefits filed by plaintiff Dana Baker be affirmed. Baker was advised of her right to file written objections to the Report and Recommendation, see Doc. 16 at 11, but no objections have been filed within the allotted time.

Upon review of the record and finding no error warrants the reversal and remand requested in Baker's complaint, see Doc. 1 at 4, the Court concurs with Magistrate Judge Purcell's suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and she applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 16] issued on December 5, 2014;

(2) AFFIRMS the Commissioner's decision to deny Baker's Application for Disability Insurance Benefits; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this 30th day of December, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE